CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

February 12, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LOUIE LAWSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:25-cv-00154 |
| | ) |
| v. | ) **MEMORANDUM OPINION** |
| | ) |
| SUPERINTENDANT RICHARD ALSBROOK, *et al.*, | ) By:   Hon. Thomas T. Cullen |
| | )         United States District Judge |
| | ) |
| Defendants. | ) |

Plaintiff Louie Lawson, proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983. By Order entered March 6, 2025, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the Court with his new address. (ECF No. 3.) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.* at 2.)

On December 5, 2025, an order mailed to Plaintiff was returned to the Court as undeliverable, indicating that Plaintiff is no longer incarcerated at SWVRJA – Abingdon and providing no forwarding address. (*See* ECF No. 9.) The envelope that was returned to the court suggested Plaintiff may have been transferred to the SWVRJA – Tazewell facility, so a copy of the returned order was sent to Plaintiff at that facility, too. (*See id.*) On December 29, 2025, that order was also returned to the court as undeliverable (and also indicating that Plaintiff was not at that facility) with no forwarding address provided. (*See* ECF No. 19.) To date, Plaintiff has not notified the court of his release or transfer or provided the court with an updated address.

Additionally, on December 15, 2205, Defendants jointly filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 16.) On December 18, 2025, the court issued a *Roseboro* notice to Plaintiff directing him to respond to Defendants' motion within 28 days. (ECF No. 18.) Plaintiff never responded to Defendants' motion and has not otherwise filed any document in support of his claims in more than 10 months.

For these reasons, the court will dismiss this action without prejudice for failure to prosecute and failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b).

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff's last known address.

**ENTERED** this 12th day of February, 2026.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE